UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JESSE WILLIAMS ) | |
| Plaintiff, ) | |
| vs. ) | No. 1:19-cv-00224 |
| ) | |
| CCC INFORMATION SERVICES, INC., ) | Hon. Steven C. Seeger |
| DAVID BLISS, NAVED SIDDIQUE, and ) | |
| ERIC MONTANYE, ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jesse Williams, through his undersigned attorneys, hereby dismisses *with prejudice* the above-captioned Complaint against Defendants CCC Information Services Inc., David Bliss, Naved Siddique, and Eric Montanye, all matters having been resolved between the parties. Except as otherwise agreed to, the parties will bear their own costs and attorneys' fees.

Dated: 11/4/19

Respectfully submitted,

For the Plaintiff:

Jacob Meister
Jacob Meister & Associates
2129 North Western Avenue
Chicago, Illinois 60647
jacob@meisterlaw.com

For the Defendants:

Gray I. Mateo-Harris (ARDC No. 6297139)
Kelsey J. Schmidt (ARDC No. 6321457)
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago IL 60606
Tel: (312) 338-5906
gray.mateo-harris@btlaw.com
kelsey.schmidt@btlaw.